IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIE GRAW,

                                                                                                ORDER

                        Plaintiff,

                                                                                              13-cv-613-bbc

     v.

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

                        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       The parties have moved jointly for judgment reversing the Commissioner's decision in this case under sentence four of 42 U.S.C. § 405(g) and remanding the case to the Commissioner. The motion will be granted.

       On remand, the administrative law judge will reevaluate the medical opinions in the record and reevaluate the credibility of plaintiff's allegations as well as reassess the plaintiff's mental residual functional capacity and provide an appropriate rationale with specific references to evidence of record in support of the assessed limitations. If warranted, the administrative law judge will obtain vocational evidence to clarify the effect of the assessed limitations on the plaintiff's occupational base.

ORDER

       IT IS ORDERED that the Commissioner's decision in this case is REVERSED. The

case is REMANDED to the Commissioner.

Entered this 17th day of April, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

Case: 3:13-cv-00613-bbc Document #: 21 Filed: 04/17/14 Page 2 of 2