IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMIE GRAW,

    Plaintiff,                                  JUDGMENT IN A CIVIL CASE

v.                                              Case No. 13-cv-613-bbc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED

that judgment is entered awarding plaintiff Jamie Graw attorney fees in the amount of $4,100.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412.


s/Peter Oppeneer                                 6/24/2014

---

Peter Oppeneer, Clerk of Court                    Date