IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

JAMIE GRAW,

                 ORDER

       Plaintiff,

                 13-cv-613-bbc

  v.

CAROLYN W. COLVIN,
Acting Commissioner, Social
Security Administration,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

  The parties have filed a stipulation for attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412, in the amount of $4,100 in full satisfaction of any claim for fees and costs in this case.

  Further, the parties agree that the award may be paid to plaintiff's counsel but may be offset to satisfy any pre-existing debt owed by plaintiff Hasty to the United States pursuant to <u>Astrue v. Ratliff</u>, 130 S.Ct. 2521 (2010).

  After entry of this order, if counsel for the parties can verify that plaintiff owes no pre-existing debt subject to offset, defendant will direct that the award be made payable to plaintiff's counsel under the EAJA assignment signed by plaintiff and his counsel.

1

ORDER

IT IS ORDERED that plaintiff Jamie Graw is awarded attorney fees and costs in the amount of $4,100. This amount is to be made payable to plaintiff's attorney, Dana Duncan, contingent upon payment of money owed to the United States.

Entered this 26th day of June, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge